In the Matter of JAMES T. M. BLEAKLEY, Appellant, against JAMES J. SEXTON et al., as Commissioners of the Department of Taxes and Assessments of the City of New York, et al., Respondents.

(Argued February 26, 1934; decided March 6, 1934.)

*Paul Windels, Corporation Counsel* (*S. M. Meyer* of counsel), and *John S. Dunn* for motions.

*James T. M. Bleakley,* in person, opposed.

Motions granted and appeal dismissed, with costs and· ten dollars costs of motion, unless within ten days after entry of order herein the appellant files the statutory undertaking and pays ten dollars costs, in which event motions are denied.